# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                              **CRIMINAL ACTION NO. 2:09CR30-P-S**

**WILLIE LEE FIELDS,**                                               **DEFENDANT.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant's fifth Motion for Continuance [46]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for January 25, 2010. Defense counsel requests a continuance afford more time to engage in plea negotiations.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(7)(A), the period of delay from January 25, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's fifth Motion for Continuance [46] is **GRANTED**;

(2) Trial of this matter is continued until Monday, March 22, 2010 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from January 25, 2010 to March 22, 2010 is excluded from Speedy Trial Act

considerations as set out above;

    (4) The deadline for filing pretrial motions is March 1, 2010; and

    (5) The deadline for submitting a plea agreement is March 8, 2010.

**SO ORDERED** this the 11th day of January, A.D., 2010.

                                      /s/ W. Allen Pepper, Jr.
                                      W. ALLEN PEPPER, JR.
                                      UNITED STATES DISTRICT JUDGE