**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                              **CRIMINAL ACTION NO. 2:09CR30-P-S**

**WILLIE LEE FIELDS,**                                              **DEFENDANT.**

**ORDER**

This matter comes before the court upon Defendant Willie Lee Fields's April 9, 2010 motion for judgment of acquittal, or, in the alternative, motion for a new trial [76]. After due consideration of the motion and the response filed thereto, the court finds as follows, to-wit:

In the instant motion the defendant asserts, without specificity, that the court erred in denying his motion to suppress both before and on the day of trial, his motion for a mistrial, his motion for a directed verdict, and his request that the jury be instructed it could find the defendant guilty of a lesser included offense.

The court duly considered each of the aforesaid motions after hearing arguments from both sides and concluded that each of them should be denied. The defendant offers no new arguments or previously-unavailable information warranting reconsideration. Accordingly, the defendant has not met his burden in demonstrating that a judgment of acquittal or a new trial is appropriate.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Willie Lee Fields's April 9, 2010 motion for judgment of acquittal, or, in the alternative, motion for a new trial [76] is **DENIED**.

**SO ORDERED** this the 6th day of May, A.D., 2010.

                                                           /s/ W. Allen Pepper, Jr.
                                                           W. ALLEN PEPPER, JR.
                                                           UNITED STATES DISTRICT JUDGE